UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                              )
                                    )
William & Jenny Shuck               )         CASE No. 06-40329
                                    )
          Debtor                    )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Citifinancial Retail Services, P.O. Box 22060, Tempe, AZ
      85285-2060

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $487.30 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 88256 on July 3, 2008 in the amount of $59.16 to the creditor listed above. The creditor returned the check and stated they were "unable to locate the customer". All future disbursements were placed on "reserve" and funds turned over to the Registry Account.

      To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

      Dated this 5th day of March, 2010.


                    /s/ David A. Rosenthal
                    David A. Rosenthal
                    Chapter 13 Trustee
                    P.O. Box 505
                    Lafayette, IN 47902
                    (765) 742-8248